UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BUSH, <br><br>         Plaintiff, <br><br>   -against- <br><br> NEW YORK CITY; DEPARTMENT OF CORR OF NYC, <br><br>         Defendants. | 1:23-CV-5759 (LTS) <br><br> CIVIL JUDGMENT |

  For the reasons stated in the December 4, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: December 4, 2023
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge